1241793

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

CARLOS ALBERTO DA VEIGA

## WARRANT FOR ARREST

CASE NUMBER: 1:06-M-108M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CARLOS ALBERTO DA VEIGA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiring to engage in marriage fraud,

in violation of Title 18 United States Code, Section(s) 371 and 2

DAVID L. MARTIN
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

David L Martin
Signature of Issuing Officer

10-25-06 Providence, Rhode Island
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Suffolk County by ICE | | |
| DATE RECEIVED 10/25/2006<br>DATE OF ARREST 10/27/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |

This form was electronically produced by Elite Federal Forms, Inc.