IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-M-108M |
| | ) | |
| CARLOS ALBERTO DA VEIGA | ) | |

ORDER

This matter was heard on October 27, 2006, before the Hon. Magistrate Judge David L. Martin, on an initial appearance pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the defendant CARLOS ALBERTO DA VEIGA should be detained pending further proceedings. Upon hearing argument by counsel, the Court finds that defendant poses a risk of flight due to: (1) the strength of the evidence, (2) the fact that defendant, if convicted, faces a period of incarceration to be followed by likely deportation, thereby creating a risk of flight, (3) the fact that information provided by the defendant to the Probation Officer is unverified, especially information concerning with whom the defendant resides; the defendant claims to live with his wife in New Bedford, and the Government challenges this assertion, and (4) the fact that defendant is in the United States illegally, may not work in the United States legally and an immigration detainer has been lodged against him.

For the foregoing reasons, the Court orders that the defendant be detained based on its finding that no condition or combination of conditions will reasonably assure the appearance of the defendant at future court appearances, it is hereby:

ORDERED, ADJUDGED AND DECREED

The defendant is remanded to the custody of the United States Marshals Service.

Per Order,

Deputy Clerk

ENTER:

David L Martin

DAVID L. MARTIN
United States Magistrate Judge
United States District Court

DATE: 10-31-06