**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:06-M-108M** |
| | ) | |
| **CARLOS ALBERTO DA VEIGA** | ) | |

---

**WITHDRAWAL OF MOTION TO RECONSIDER BAIL**

Now comes the accused, Carlos Alberto DaVeiga, and moves this Honorable Court to withdraw his motion to reconsider bail without prejudice.

**CARLOS ALBERTO DA VEIGA**
By his Attorney,

/s/ Mary S. McElroy
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Lee Vilker, AUSA on the 8st day of November, 2006.

/s/ Mary S. McElroy